WILLIAM F. CONNORS, PLAINTIFF-RESPONDENT, v. CITY. OF BAYONNE, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 390.

*Mr. Raymond Chasan* for the petitioners.

*Mr. Nicholas S. Schloeder* for the respondent.

October 17, 1955.

THOMAS D. EVANS, PLAINTIFF-PETITIONER, v. JOHN H. MATTHEWS, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 35 *N. J. Super.* 260.

*Messrs. Marcus & Levy, Mr. Harry Chashin* and *Mr. Hyman W. Rosenthal* for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Stanley G. Bedford* for the respondent.